IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

CASE NO.: 3: 08-bk-1826-JAF
Estimated Time 5 Minutes
Conf. Hrg.: 6-24-08 @2:00 p.m.

IN RE:
LAKISA ROSS
                       Debtor

## TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

COMES NOW DOUGLAS W. NEWAY, TRUSTEE, who hereby objects to the confirmation of the Chapter 13 Plan and states:

The Debtor is under the median income but per 11 U.S.C. §1325(b)(2), the Debtor is not using all of her disposable monthly income towards the plan payments. According to Schedules I and J, the Debtor has a disposable monthly income of $510.76 but is only proposing a plan payment of $356.00. Additionally, the Debtor is paying the sum of $41.64 per month towards a student loan. The repayment of the monies in this manner is in violation of the Bankruptcy Rules and Code. As the unsecured creditors are not being paid in full, payment of these monies into the plan, as required by the Bankruptcy Code, would provide an increased distribution of monies to the unsecured creditors.

WHEREFORE the TRUSTEE objects to confirmation of the Chapter 13 Plan.

DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE
By */s/ Marsha M. Brown*
Douglas W. Neway
Florida Bar No. 0709948
Marsha M. Brown, Attorney for Trustee
Florida Bar #650064
Michael E. Cecil, Attorney for Trustee
Florida Bar #722855
P.O. Box 4308
Jacksonville, Florida 32201-4308
Telephone   (904)358-6465
FAX           (904)634-0038

### CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on this 15th day of May, 2008 on the following:
Lakisa Ross, 2136 Tuskegee Road, Jacksonville, Florida 32209
Robert Wilbert, Esquire, 126 W. Adams Street, Jacksonville, Florida 32202
*/s/ Marsha M. Brown*